IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Dodd, Laurence G | Case Number: 04 B 29845 |
|---|---|---|
| | Dodd, Theresa Ann | Judge: Hollis, Pamela S |
| | Printed: 1/22/08 | Filed: 8/11/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 19, 2007
Confirmed: October 4, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 67,373.30 |  |
| Secured: |  | 60,939.40 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 3,463.36 |
| Other Funds: |  | 270.54 |
| Totals: | 67,373.30 | 67,373.30 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 52,039.75 | 47,586.13 |
| 3. | Chase Manhattan Mortgage Corp | Secured | 3,320.86 | 1,600.21 |
| 4. | Wells Fargo Fin Acceptance | Secured | 11,389.82 | 4,787.86 |
| 5. | HSBC Auto Finance | Secured | 15,488.91 | 6,965.20 |
| 6. | RoundUp Funding LLC | Unsecured | 53.54 | 0.00 |
| 7. | Elgin Cardiology | Unsecured | 128.10 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 529.96 | 0.00 |
| 9. | Wells Fargo Fin Acceptance | Unsecured | 1,488.48 | 0.00 |
| 10. | Capital One | Unsecured | 64.82 | 0.00 |
| 11. | Capital One | Unsecured | 32.46 | 0.00 |
| 12. | Midwest Heart Center, Ltd. | Unsecured | 111.78 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 160.31 | 0.00 |
| 14. | Capital One | Unsecured | 116.24 | 0.00 |
| 15. | Timothy Ridenour, DDS | Unsecured | 75.85 | 0.00 |
| 16. | Capital One | Unsecured | 44.38 | 0.00 |
| 17. | Capital One | Unsecured | 85.83 | 0.00 |
| 18. | Capital One | Unsecured | 108.53 | 0.00 |
| 19. | HSBC Auto Finance | Unsecured | 807.55 | 0.00 |
| 20. | Kane County Clerk | Unsecured |  | No Claim Filed |
| 21. | Bankfirst | Unsecured |  | No Claim Filed |
| 22. | Associated Path Consultant | Unsecured |  | No Claim Filed |
| 23. | H&R Block | Unsecured |  | No Claim Filed |
| 24. | Central DuPage Hospital | Unsecured |  | No Claim Filed |
| 25. | Loyola University Medical Center | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dodd, Laurence G  
Dodd, Theresa Ann  
Printed: 1/22/08

Case Number: 04 B 29845  
Judge: Hollis, Pamela S  
Filed: 8/11/04

| | | | | |
|---|---|---|---|---|
| 26. | Kane County Clerk | Unsecured | | No Claim Filed |
| 27. | Professional Education Inst | Unsecured | | No Claim Filed |
| 28. | Roselle Ambulance | Unsecured | | No Claim Filed |
| 29. | Sherman Hospital | Unsecured | | No Claim Filed |
| 30. | Sherman Hospital | Unsecured | | No Claim Filed |
| 31. | Sherman Hospital | Unsecured | | No Claim Filed |
| 32. | Sherman Hospital | Unsecured | | No Claim Filed |

$ 88,747.17        $ 63,639.40

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 943.86 |
| 4% | 276.15 |
| 3% | 196.98 |
| 5.5% | 808.87 |
| 5% | 272.37 |
| 4.8% | 468.71 |
| 5.4% | 496.42 |
| | $ 3,463.36 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____